# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
       Plaintiff,

  v.                                Case No. 14-CR-209

**DARCYE MAKI**
       **Defendant.**

## ORDER

**IT IS ORDERED** that defendant's motion to adjourn (R. 20) is **GRANTED**; the final pre-trial set for March 5, 2015, and the trial set for March 16, 2015, are vacated; and the matter is scheduled for **STATUS** on **Wednesday, March 25, 2015, at 1:30 p.m.** The court finds that the ends of justice served by so continuing the case outweigh the best interests of the defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated at Milwaukee, Wisconsin, this 3rd day of March, 2015.

                                              /s Lynn Adelman
                                              LYNN ADELMAN
                                              District Judge